

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
APR 08 2008

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

### MEMORANDUM




08 CRIM 309

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Marcela Bravo, United States Probation Officer

**RE:** Jonelis Arias

**DATE:** April 1, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On December 21, 1999 the above-named individual was sentenced in the Northern District of New York outlined in the attached J & C.

In October 2007, we received the Prob. 22's endorsed by the Honorable Thomas J. McAvoy, U.S. District Court Judge, ordering Mr. Arias's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Marcela Bravo
U.S. Probation Officer