

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 16, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 17 2008
```

**BY FACSIMILE**
The Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   United States v. Jose Deleon Polanco,
      07 Cr. 663 (PAC) + 08 cr 309 (PAC)

Dear Judge Crotty:

    The Government respectfully submits this letter to request that the defendant's sentencing, currently scheduled for tomorrow, April 17, 2008, be adjourned for two weeks, and that the supervised release case recently transferred into this District from the Northern District of New York and currently assigned to The Honorable Denny Chin, Case No. 08 Cr. 309, be consolidated with the above-captioned matter before Your Honor.

    I spoke with counsel for the defendant, Sabrina Shroff, who joins the Government in this request. I also spoke with Judge Chin's Deputy, who informed me that Judge Chin consents to the Government's request for consolidation.

    On or about November 13, 2007, Jose Deleon Polanco, a/k/a "Jonelis Arias," the defendant, entered a plea of guilty to Count One of the above-titled Indictment, 07 Cr. 663 (PAC), charging him with entering and being found in the United States after having been previously deported subsequent to a conviction for the commission of an aggravated felony, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

    Because the defendant committed the instant offense while he was under a term of supervised release imposed as a result of his previous conviction, on or about October 30, 1997, for engaging in a continuing criminal enterprise to manufacture, distribute, and dispense a controlled substance, the Probation Office in the United States District Court for the Northern District of New York, out of which the defendant was initially supervised, charged the defendant with violating the conditions of his supervised release and obtained a warrant for his arrest.

    By an Order dated April 8, 2008, and signed by Magistrate Judge James C. Francis IV, this Court accepted the transfer of jurisdiction from the Northern District of New

**MEMO ENDORSED**

The Honorable Paul A. Crotty
April 16, 2008
Page 2

York and assumed jurisdiction over the defendant's supervised release in Case No. 08 Cr. 309. That case was assigned to the Honorable Denny Chin.

For the foregoing reasons, the Government respectfully requests that the defendant's sentencing be adjourned for 2 weeks to allow the cases to be consolidated before Your Honor.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
Chi T. Steve Kwok
Assistant United States Attorneys
(212) 637-2415

cc: The Honorable Denny Chin (by facsimile)
United States District Judge

Sabrina Shroff (by email)
Counsel to Jose Deleon Polanco

Ms. Marcela Bravo (by email)
U.S. Probation Officer, Southern District of New York

Application GRANTED. The sentencing is adjourned to 5/1/08 at 3:00 pm in Courtroom 20-C

SO ORDERED: APR 17 2008
*[signature]*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE



# FACSIMILE COVER SHEET

U.S. ATTORNEY'S OFFICE, S.D.N.Y.
ONE ST. ANDREW'S PLAZA
NEW YORK, NEW YORK 10007

*****************************************************************

From:   Steve Kwok
        Assistant United States Attorney

Phone:  (212) 637-2415

Fax:    (212) 637-2390

No. pages (including cover sheet): 3

Date sent:   April 16, 2008
*****************************************************************

FOR OFFICIAL USE ONLY -- U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute "for official use only" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

*****************************************************************

To:   The Honorable Paul A. Crotty
      212-805-6304

      The Honorable Denny Chin
      212-805-7906

Re:   US v. Jose Deleon Polanco, 07 Cr. 663 (PAC)

*****************************************************************

Please see the attached letter.